CONSOLIDATED SERVICE STATIONS, INC., Respondent, v. CITIES SERVICE OIL COMPANY, Appellant.—

Plaintiff is entitled to recover rent from defendant, not because there is or will be created a landlord-tenant relationship between them, but because plaintiff is, as matter of law, the assignee of the landlord's right to recover rent from defendant. (*United Merchants' Realty & Improvement Co. v. Roth*, 193 N. Y. 570.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 665.]